IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

MICHAEL KHANNA

         Defendant

Case Number: 22-cr-0213 KJM

**TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. §3006A**

     GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Michael Khanna with the cost of travel from Newark, New Jersey to Sacramento, CA on April 23, 2023, so that he may attend Court on April 24, 2024.  Additionally, the United States Marshal shall provide Mr. Khanna with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

     THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Olaf Hedberg, to reimburse him for the cost of lodging, food, and incidental expenses while Mr. Khanna is in Sacramento, California between April 23-24, 2024, in connection with his court appearance on April 24, 2024. It is further ordered that CJA fund shall be disbursed for travel and subsistence to enable Mr. Khanna to return to his home in New Jersey when that court proceeding is completed.

     To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures: Mr. Khanna's airfare back to New Jersey from

Sacramento at $270.10, lodging on April 23, 2024, in Sacramento for at $145.00 before taxes and fees, one days' per diem at $64.00, $30.00 for transportation back to the airport for the flight back to New Jersey (10 miles), and $90 for transportation from the airport in New Jersey to his home (45 miles).

      The total amount to be reimbursed defense counsel for Mr. Khanna is not exceed $599.10, plus reasonable expenses, fees, and taxes. To the extent that expenses, fees, and taxes are shared with any codefendant (such as lodging and transportation), defense counsel is ordered to apportion the reimbursement requested.

      IT IS SO ORDERED.

Dated: April 11, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE