UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL KHANNA,<br>Defendant. | **Case No.** 2:22-CR-0213-DC<br>**~~[PROPOSED]~~ TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A** |

**ORDER**

GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Michael Khanna with the cost of travel from Newark, New Jersey to Sacramento, California, on September 10, 2026, so that he may attend Court on September 11, 2026. Additionally, the United States Marshal shall provide Mr. Khanna with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Olaf W. Hedberg, to reimburse him for the cost of lodging, food, and incidental expenses while Mr. Khanna is in Sacramento, California between September 10-11, 2026, in connection with his court appearance on September 11, 2026. It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Khanna to return to his home in New Jersey when that court proceeding is completed.

To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures:

1. Mr. Khanna's airfare for return flight to Newark Liberty International Airport, from Sacramento International Airport on September 11, 2026, at $469.40;
2. one night's lodging on September 10, 2026, not to exceed the per diem rate of $150.00 before taxes;
3. first day's meals and incidentals per diem at $64.50 for September 10, 2026;
4. last day's meals and incidentals per diem at $64.50 for September 11, 2026;
5. $30.00 for transportation from hotel to Sacramento International Airport for return flight to Newark Liberty International Airport (approximately 10 miles), and
6. $50.00 for transportation from Newark Liberty International Airport to his home (28 miles).

The total amount to be reimbursed defense counsel for Mr. Khanna is not exceed $828.40, plus reasonable expenses, fees, and taxes. To the extent that expenses, fees, and taxes are shared with any co-defendant (such as lodging and transportation), defense counsel is ordered to apportion the reimbursement requested.

IT IS SO ORDERED.

Dated: August 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE